NUMBER
13-05-614-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

 

IN THE INTEREST OF J.W., K.M.W., J.W., AND J.W., 

MINOR CHILDREN

___________________________________________________________________

 

                On
appeal from County Court at Law No. 5 

                           of
Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                 Before
Justices Hinojosa, Yañez, and Garza

Memorandum Opinion Per Curiam

 








Appellants, Edward Wernecke, et al., perfected an appeal from an order
entered by County Court at Law No. 5 of Nueces
County, Texas, in cause number 05-60955-5.  After the notice of appeal was filed,
appellants filed a motion to dismiss the appeal.  In the motion, appellants state that an order
dismissing the underlying lawsuit was entered on November 2, 2005, effectively
rendering this appeal moot.  Appellants
request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants= motion to dismiss the
appeal, is of the opinion that the motion should be granted.  Appellants= motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 15th
day of December, 2005.